| | |
|---|---|
| 1  KENNETH R. O'BRIEN, Bar No. 072128<br>   LITTLER MENDELSON<br>2  A Professional Corporation<br>   500 Capitol Mall, Suite 2000<br>3  Sacramento, CA  95814-4737<br>   Telephone:  916.830.7200<br>4  Facsimile:   916.561.0828<br>   E-mail: kobrien@littler.com<br>5<br>   DAVID MAOZ, Bar No. 233857<br>6  LITTLER MENDELSON<br>   A Professional Corporation<br>7  2040 Century Park East, 5th Floor<br>   Los Angeles, CA 90067-3107<br>8  Telephone: 310.553.0308<br>   Facsimile: 310.553.5583<br>9  Email: dmaoz@littler.com<br>10 Attorneys for Defendant<br>   AMERICAN AIRLINES LONG TERM<br>11 DISABILITY PLAN | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ZAGON,<br><br>           Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES LONG<br>TERM DISABILITY PLAN,<br><br>           Defendant. | Case No.  CV10-8846 GAF (MANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE GARY A. FEESS<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR JUDGMENT [LR 7-10; 52-1]**<br><br>Date:      April 8, 2013<br>Time:      9:30 a.m.<br><br>(Taken Off Calendar and Submitted and Ruled Upon without Oral Argument) |

LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

CV10-8846 GAF (MANx)
Firmwide:120179329.1 009001.1321

JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# JUDGMENT

The Court, having considered and ruled upon the Parties' cross motions (Defendant's Motion for Summary Judgment and Plaintiff's Motion for Judgment) and having GRANTED Defendant's Motion for Summary Judgment, and having DENIED Plaintiff's Motion (MINUTES IN CHAMBERS: ORDER RE CROSS MOTIONS FOR SUMMARY JUDGMENT, Dock. # 37), orders as follows:

Plaintiff recover nothing, the action be dismissed on the merits, and Defendant American Airlines, Inc. Long Term Disability Plan recover costs from the Plaintiff Linda Zagon.

**IT IS SO ORDERED. THE CLERK SHALL ENTER JUDGMENT IN ACCORDANCE HEREWITH.**

Dated: May 15, 2013

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

**JS-6**

LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

CV10-8846 GAF (MANx)
Firmwide:120179329.1 009001.1321

2.

JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT