KENNETH R. O'BRIEN, Bar No. 072128
LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall, Suite 2000
Sacramento, CA 95814-4737
Telephone: 916.830.7200
Facsimile: 916.561.0828
E-mail: kobrien@littler.com

DAVID MAOZ, Bar No. 233857
LITTLER MENDELSON
A Professional Corporation
2040 Century Park East, 5th Floor
Los Angeles, CA 90067-3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Email: dmaoz@littler.com

Attorneys for Defendant
AMERICAN AIRLINES LONG TERM DISABILITY PLAN

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA ZAGON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | Case No. CV10-8846 GAF (MANx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE GARY A. FEESS<br><br>**JUDGMENT ON ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR JUDGMENT [LR 7-10; 52-1]**<br><br>Date:　　April 8, 2013<br>Time:　　9:30 a.m.<br><br>(Taken Off Calendar and Submitted and Ruled Upon without Oral Argument) |

LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

CV10-8846 GAF (MANx)
Firmwide:120179329.1 009001.1321

JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

# JUDGMENT

The Court, having considered and ruled upon the Parties' cross motions (Defendant's Motion for Summary Judgment and Plaintiff's Motion for Judgment) and having GRANTED Defendant's Motion for Summary Judgment, and having DENIED Plaintiff's Motion (MINUTES IN CHAMBERS: ORDER RE CROSS MOTIONS FOR SUMMARY JUDGMENT, Dock. # 37), orders as follows:

Plaintiff recover nothing, the action be dismissed on the merits, and Defendant American Airlines, Inc. Long Term Disability Plan recover costs from the Plaintiff Linda Zagon.

**IT IS SO ORDERED. THE CLERK SHALL ENTER JUDGMENT IN ACCORDANCE HEREWITH.**

Dated: May 15, 2013

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

**JS-6**

LITTLER MENDELSON
A Professional Corporation
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

CV10-8846 GAF (MANx)
Firmwide:120179329.1 009001.1321

2.

JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT